

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S. Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

On March 17, 2014, Appellant moved this court to provide Appellant a printed copy of the clerk's record at no cost. Appellant is not indigent for purposes of this appeal. *See* TEX. R. APP. P. 20.1(a).

Appellant's motion for a free, printed copy of the record is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court